COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-206-CV

BUILDING TOMORROW’S TALENT, LLC
 
APPELLANTS

AND MATTHEW GAY

V.

DORIS MARIE SIMS
 
AND         APPELLEES

SUCCESSION BUILDERS, LLC
 
 

----------

FROM THE 158
TH
 DISTRICT COURT OF DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the parties’“Joint Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL D:  MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.    

DELIVERED:  June 12, 2008    

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.